**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| EAST END LOFTS CONDOMINIUM ASSOCIATION, INC. | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. _____ |
| | ) ) | |
| ALLIED INSURANCE CO OF AMERICA AMCO INSURANCE COMPANY, NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) ) ) | Removed from: Chauncery Court of Davidson Co. No. 25-0888-IV |
| Defendant. | ) | |

## DEFENDANTS' JOINT NOTICE OF REMOVAL

Defendants, Allied Insurance Co of America, Amco Insurance Company and Nationwide Mutual Insurance Company ("Defendants"), for their Notice of Removal of this action from the Chancery Court for Davidson County to the United States District Court for the Middle District of Tennessee, Nashville Division, state:

## The State Court Action

1.      On or about June 25, 2025, Plaintiff, East End Lofts Condominium Association, Inc., filed a Complaint in the Chancery Court for Davidson County, Case No. No. 25-0888-IV ("the State Court Action"). (*See* state court pleadings, attached hereto as Exhibit 1.)

2.      The State Court Action, which is a breach of contract action, stems from a dispute between the parties over a first-party insurance claim Plaintiff made to Defendants and whether the claimed damages legitimately related to a weather event or not.  (*See* Plaintiff's Complaint.)

3.      Plaintiff's Complaint states that it intends on seeking damages in the amount of $1,151,487.30. (*See* Plaintiff's Complaint, ¶1 of Prayer for Relief.)

## Citizenship of the Parties

4. At all times relevant hereto, Plaintiff, East End Lofts Condominium Association, is a Nonprofit Corporation existing under the laws of the state of Tennessee with its principal place of business located in Antioch, Tennessee.

5. At all times relevant hereto, Defendants, Allied Insurance Co of America, Amco Insurance Company and Nationwide Mutual Insurance Company, are a foreign corporations existing under the laws of the state of Ohio with their principal place of business located in Columbus, Ohio.

## Ground for Removal

6. The action is one over which the Court has original jurisdiction under 28 U.S.C. § 1332(a)(1) and is one which Defendants may remove to this Court under 28 U.S.C. § 1441(a), because this is an action between citizens of different states, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

7. This Notice of Removal is filed within thirty (30) days after Defendants became aware of the removability of this case and within one year of the commencement of this action, as is required by 28 U.S.C. § 1446(b).

Dated: August 20, 2025               Respectfully submitted,

*/s/ Lynsie Gaddis Rust*
Lynsie Gaddis Rust (BPR# 034871)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
100 Mallard Creek Road, Suite 250
Louisville, Kentucky 40207
Tel:   (502) 238-8500
Fax:   (502) 238-7844
lynsie.rust@wilsonelser.com
*Counsel for Defendants*

2

## <u>CERTIFICATE OF SERVICE</u>

Please take notice that the undersigned electronically filed the foregoing using the Court's ECF system on the 20th of August, 2025, which sent notice to the following:

Joshua C. Lee (No. 30227)
John Nefflen (No. 20226)
THOMPSON BURTON, PLLC
1801 West End Avenue, Suite 1550
Nashville, TN  37203
*Counsel for Plaintiff*

*/s/ Lynsie Gaddis Rust*
*Counsel for Defendants*

3